```
 1  GLENN B. McCORMICK
    Acting United States Attorney
 2  District of Arizona
    DAVID P. FLANNIGAN
 3  DAVID P. PETERMANN
    Assistant U.S. Attorneys
 4  United States Courthouse
    405 W. Congress Street, Suite 4800
 5  Tucson, Arizona 85701
    Telephone: 520-620-7300
 6  Email: david.flannigan@usdoj.gov
    david.petermann@usdoj.gov
 7  Attorneys for Plaintiff
```

FILED
2021 OCT -6 PM 2:05
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Douglas Lane Gibson<br>   (Counts 1,2)<br>2. ███████<br>3. ███████<br>4. ███████<br>5. ███████<br><br>Defendants. | CR21-02593 TUC-JAS(EJM)<br><br>**INDICTMENT**<br><br>Violations:<br><br>21 U.S.C. §§ 846 and 841(a)(1) and 841(b)(1)(C)<br>(Conspiracy to Possess with Intent to Distribute MDMA)<br>Count 1<br><br>21 U.S.C. § 841(a)(1) and 841(b)(1)(C); 18 U.S.C. § 2<br>(Possession with Intent to Distribute MDMA; Aid and Abet)<br>Counts 2 through 5<br><br>(UNDER SEAL) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

Beginning at a time unknown, to on or about March 12, 2020, in the District of Arizona, DOUGLAS LANE GIBSON, ███████████████████████ ███████ ███████████████ and ███████ did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand

jury, to possess with intent to distribute a usable quantity of 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about between January 28, 2019 and March 12, 2020, in the District of Arizona, DOUGLAS LANE GIBSON did knowingly and intentionally possess with intent to distribute 1.415 kilograms or more of a mixture or substance containing 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and did aid and abet the distribution thereof in violation of Title 18, United States Code, Section 2.

## COUNT 3

On or about between February 20, 2019 and June 8, 2019, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ did knowingly and intentionally possess with intent to distribute 995 grams or more of a mixture or substance containing 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and did aid and abet the distribution thereof in violation of Title 18, United States Code, Section 2.

## COUNT 4

On or about February 22, 2019, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮▮ did knowingly and intentionally possess with intent to distribute 380 grams or more of a mixture or substance containing 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance; in violation of Title 21, United States Code,

Sections 841(a)(1) and 841(b)(1)(C) and did aid and abet the distribution thereof in violation of Title 18, United States Code, Section 2.

### COUNT 5

On or about February 5, 2019, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ did knowingly and intentionally possess with intent to distribute 375 grams or more of a mixture or substance containing 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and did aid and abet the distribution thereof in violation of Title 18, United States Code, Section 2.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Date: «GJdate» OCT 0 5 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

DAVID PAUL FLANNIGAN
Assistant U.S. Attorney

*United States of America v. Douglas Lane Gibson, et al*
*Indictment Page 3 of 3*